# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTMARK SERVICES COMPANY | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-3686 |
| | : | |
| MICHAEL FEENEY | : | |

## O R D E R

**AND NOW**, this 28th day of February, 2024, upon consideration of the Motion of Trustmark Services Company ("Plaintiff") for Summary Judgment (ECF No. 23) and Defendant Michael Feeney's ("Defendant") Motion for Judgment on the Pleadings (ECF No. 24), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **GRANTED** and Defendant's Motion is **DENIED**. The Clerk of Court is directed to mark this matter as closed.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ *R. Barclay Surrick*
R. BARCLAY SURRICK, J.

.